# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 22-406
### consolidated with 22-432 and 22-521

**LAFAYETTE CITY-PARISH**
**CONSOLIDATED GOVERNMENT**

**VERSUS**

**BENDEL PARTNERSHIP (A PARTNERSHIP**
**IN COMMENDAM), CIRCLE "A" FARM, INC.,**
**STACY ALBERT FARM, INC., AND**
**SOUTHERN ACRES, LLC**

\*\*\*\*\*\*\*\*\*\*

**APPEAL FROM THE**
**FIFTEENTH JUDICIAL DISTRICT COURT**
**PARISH OF LAFAYETTE, NUMBER  C-2021-6273 "B"**
**HONORABLE VALERIE GOTCH GARRETT, DISTRICT JUDGE**

\*\*\*\*\*\*\*\*\*\*

**SHARON DARVILLE WILSON**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Chief Judge, Billy Howard Ezell, and Sharon Darville Wilson, Judges.

**JUDGMENT VACATED; ORIGINAL JUDGMENT**
**REINSTATED AND AFFIRMED AS AMENDED;**
**AND REMANDED.**

**Pride Justin Doran**
**Raven C. Boxie**
**DORAN & CAWTHORNE, PLCC**
**521 East Landry Street**
**Opelousas, Louisiana  70570**
**(337) 948-8008**
**Counsel for Defendant/Appellee/Cross-Appellant:**
        **Bendel Partnership, A Partnership in Commendam**

**Sarah Harbison**
**PELICAN INSTITUTE OF PUBLIC POLICY**
**400 Poydras Street, Suite 900**
**New Orleans, Louisiana  70130**
**(504) 952-8016**
**Counsel for Amicus Curiae:**
        **Institute for Justice**

**Christen Hebert**
**INSTITUTE FOR JUSTICE**
**816 Congress Avenue, Suite 960**
**Austin, Texas  78701**
**(512) 480-3936**
**Counsel for Amicus Curiae:**
        **Institute for Justice**

**Michael D.  Hebert**
**BECKER & HEBERT, LLC**
**201 Rue Beauregard**
**Lafayette, Louisiana  70508**
**(337) 233-1987**
**Counsel for Plaintiff/Appellant/Cross-Appellee:**
        **Lafayette City-Parish Consolidated Government**

**Gregory J. Logan**
**Lafayette City-Parish Attorney**
**THE LOGAN LAW FIRM**
**700 Jefferson Street**
**Lafayette, Louisiana  70505**
**(337) 406-9685**
**Counsel for Plaintiff/Appellant/Cross-Appellee:**
        **Lafayette City-Parish Consolidated Government**

**Camille Bienvenu Poche'**
**Karen T. Bordelon**
**BABINEAUX, POCHÉ, ANTHONY & SLAVICH, LLC**
**Post Office Box 52169**
**Lafayette, Louisiana  70505-2169**
**(337) 984-2505**
**Counsel for Plaintiff/Appellant/Cross-Appellee: Lafayette City-Parish**
**Consolidated Government**

**Randall A. Smith**
**L. Tiffany Hawkins**
**SMITH & FAWER, LLC**
**201 St. Charles Avenue, Suite 3702**
**New Orleans, Louisiana  70170**
**(504) 525-2200**
**Counsel for Defendant/Appellee/Cross-Appellant:**
**Bendel Partnership (A Partnership in Commendam)**

**Omar J. Thibeaux**
**THE THIBEAUX FIRM**
**400 E. Kaliste Saloom Road, Suite 3200**
**Lafayette, Louisiana  70508**
**(337) 453-4663**
**Counsel for Plaintiff/Appellant/Cross-Appellee:**
**Lafayette City-Parish Consolidated Government**

**WILSON, Judge.**

In this expropriation proceeding, both the landowner and the Lafayette City-Parish Consolidated Government (LCG) appeal multiple rulings from the trial court, which dismissed the expropriation petition, reserved the landowner's claims for attorney's fees and damages, and omitted an award of costs to the landowner, Bendel Partnership, A Partnership in Commendam (Bendel). LCG also filed a writ application, which was granted for the limited purpose of ordering the consolidation of the writ application with LCG's pending appeal. *Lafayette City-Par. Consol. Gov't v. Bendel P'ship*, 22-406 (La.App. 3 Cir. 7/25/22) (unpublished writ decision). For the reasons expressed in *Lafayette City-Parish Consolidated Government v. Bendel Partnership*, 22-432 (La.App. 3 Cir. ___/___/22), ___ So.3d ___, we find no manifest error in the trial court's granting the motion to dismiss. However, we vacate the trial court's May 26, 2022 judgment and reinstate the May 4, 2022 judgment and amend it to include the following language: "Bendel Partnership's rights regarding any claims for attorney's fees and/or damages are hereby reserved." The matter is remanded for further proceedings consistent with this opinion. The Lafayette City-Parish Government is cast with all costs of this appeal.

**JUDGMENT VACATED; ORIGINAL JUDGMENT REINSTATED AND AFFIRMED AS AMENDED; AND REMANDED.**